```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

BERNICE MCLAURIN                                               PLAINTIFF

VS.                          CIVIL ACTION NO. 3:23cv281-TSL-RPM

DENIS R. MCDONOUGH, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS                                 DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 13th day of February, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE